UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21187-CIV-MORENO

EUGENIO SOCORRO,

    Plaintiff,

vs.

PREMIUM GLOBAL GROUP, LLC, and
FERNANDO RODRIGUEZ,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES IN PART

THIS CAUSE came before the Court upon Plaintiff's Motion to Strike Defendants' Affirmative Defenses (**D.E. 21**), filed on **June 21, 2014.**

THE COURT hereby strikes Defendants' Second, Fourth, Twelfth, and Sixteenth Affirmative Defenses, as well as their unnumbered "Reservation of Rights" defense. The waiver argument, which serves as foundation to Defendants' Second, Fourth, and Sixteenth Affirmative Defenses, is legally untenable in this Fair Labor Standards Act case. The Twelfth Affirmative Defense is also stricken, as mitigation of damages is not a defense to an overtime claim. THE COURT strikes the unnumbered defense of "reservation of rights", alleged under Fed. R. Civ. P. 15, because Rule 15 does not create an affirmative defense for Defendants. THE COURT allows Defendants, as per Defendants' request, an amendment of their Answer and Affirmative Defenses as to Defenses Nine and Seventeen. Accordingly, it is

ADJUDGED that Defendants' Second, Fourth, Twelfth, and Sixteenth Affirmative Defenses

are stricken, as is the unnumbered Reservation of Rights defense contained in ECF No. 14-1. Defendants may file Amended Affirmative Defenses as to their Ninth and Seventeenth Affirmative Defenses on or before **August 15, 2014.**

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record